# Court of Appeals
## Tenth Appellate District of Texas

---

10-25-00244-CV

---

James L. Locke,
Appellant

v.

Breviloba, LLC,
Appellee

---

On appeal from the
County Court at Law No. 1 of Brazos County, Texas
Judge Amanda Matzke, presiding
Trial Court Cause No. 574-CC

---

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, James L. Locke, appealed from a final judgment signed by the trial court on July 7, 2025. On July 30, 2025, Appellant was notified that the filing fee was due on or before Monday, August 11, 2025, and that a docketing statement was required to be completed and returned to this Court by Monday, August 11, 2025. The filing fee was not paid, and the required docketing statement was not received. *See* TEX. R. APP. P. 5, 32.1. By letter dated August

13, 2025, the Clerk of this Court notified Appellant that the filing fee had not been paid and that if the fee was not paid before Wednesday, August 27, 2025, the appeal would be dismissed. By letter also dated August 13, 2025, the Clerk of this Court notified Appellant that the docketing statement had not been filed and warned him that the Court may dismiss the appeal without further notice if a docketing statement was not filed on or before Wednesday, August 27, 2025. *See* TEX. R. APP. P. 42.3(c).

As of the date of this opinion, the filing fee has not been paid and we have not received the docketing statement, nor have we received any request for an extension of time to pay the filing fee or to file the docketing statement. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 32.1, 42.3(c).

LEE HARRIS
Justice

OPINION DELIVERED and FILED: August 28, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Dismissed
CV06

